UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS TRENT,

        Plaintiff(s),                      No. C 11-6157 PJH

  v.                                     **ORDER OF DISMISSAL**

LAW OFFICES OF ED OVERCASH, LLC,

        Defendant(s).
_____/

      Plaintiff, by his counsel, having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

      IT IS SO ORDERED.

Dated: January 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge